UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62030-CIV-COHN/SELTZER

DANIEL LUGO,

    Plaintiff,

vs.

COSMOS DINER, INC. and CGCJ, INC.,

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned case shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 2nd day of November, 2011.

| | |
|---|---|
| s/Drew M. Levitt | s/Daniel E. Oates |
| DREW M. LEVITT, ESQ. | DANIEL E. OATES, ESQ. |
| E-Mail: DML2@bellsouth.net | E-Mail: doates@pompanolaw.com |
| Florida Bar No. 782246 | Florida Bar No. 233811 |
| Lee D. Sarkin, Esq. | Law Offices of Oates & Oates, P.A. |
| Florida Bar No. 962848 | Attorneys for Defendants |
| E-Mail: lsarkin@aol.com | 1500 East Atlantic Boulevard, Suite B |
| Attorneys for Plaintiff | Pompano Beach, Florida 33060 |
| 4700 NW Boca Raton Blvd. | Telephone (954) 942-6500 |
| Suite 302 | Facsimile  (954) 942-8730 |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Facsimile  (561) 994-0837 | |