UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-62030-CIV-COHN/Seltzer

DANIEL LUGO,

     Plaintiff,

vs.

COSMO DINER, INC. and CGCJ, INC.

     Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 10]. The Court being informed that the parties have settled this action, it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal with Prejudice [DE 10] is hereby **GRANTED**. The above-styled action is hereby **DISMISSED WITH PREJUDICE**. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of November, 2011.

JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF